UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 17-01753-ODW (PJW) | Date | March 12, 2018 |
|---|---|---|---|

| Title | *Sai Yang v. Drug Enforcement Administration, et al.* |
|---|---|

Present: The Honorable Patrick J. Walsh, U.S. Magistrate Judge

| Isabel Martinez | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:   Attorneys Present for Defendants:

N/A   N/A

**Proceedings:**   Order To Show Cause Why First Amended Complaint Should Not Be Dismissed

On December 27, 2017, Plaintiff, proceeding *pro se*, filed a response as to why his First Amended Complaint ("FAC") should not be dismissed. (Doc. No. 37.) The crux of Plaintiff's FAC is that a DEA agent planted an electronic device on him, which has caused him to hear voices, be "mind controlled," and caused him to become schizophrenic. (FAC at 2.) He believes that unknown DEA agents, his neighbor, and others have harassed, "gang stalked," and followed him. (FAC at 2-4.) He claims that Defendants have committed several crimes in violation of California law and various federal statutes. He alleges that law enforcement entered his hotel room, without a warrant, and planted an electronic device on him. (FAC at 2.) On February 6, 2018, the Court dismissed the First Amended Complaint with leave to file a Second Amended Complaint by February 28, 2018. The Court has not received a Second Amended Complaint or any other communication from Plaintiff.

Accordingly, by **April 6, 2018**, Plaintiff is ORDERED TO SHOW CAUSE why this action should not be dismissed for failure to prosecute and/or comply with the Court's previous order. Plaintiff is cautioned that failure to timely file a response will be deemed consent to the dismissal of this action. In the event Plaintiff wishes to voluntarily dismiss this action, he may complete and return the enclosed Notice of Dismissal form by **April 6, 2018.**

If Plaintiff files a Second Amended Complaint by **April 6, 2018**, this Order to Show Cause will be automatically discharged and Plaintiff will not need to file a separate response addressing it.

S:\PJW\Cases-Civil Rights\YANG\MO_OSC why FAC should not be dismissed .wpd

:   00

Initials of Preparer   im

CV-90 (12/02)   **CIVIL MINUTES - GENERAL**   Page 1 of 1