JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAI YANG, | Case No. ED CV 17-01753-ODW (PJW) |
| Plaintiff, | JUDGMENT |
| v. | |
| DRUG ENFORCEMENT ADMINISTRATION, et al., | |
| Defendants. | |

Pursuant to the Order Dismissing Action for Failure to Prosecute,

JUDGMENT IS HEREBY entered dismissing the action without prejudice.

DATED: April 26, 2018

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE

C:\Users\imartine\AppData\Local\Temp\notesC7A056\Judgment.wpd